# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Civil No. 15-CV-294 |
| v. | ) Judge Rose |
| DENNIS F. QUEBE and LINDA G. QUEBE, | ) Magistrate Judge Ovington |
| Defendants. | ) |

## ORDER

On September 25, 2015, Defendants Dennis and Linda Quebe filed a motion to dismiss or for more definite statement. Docket Item #6.

On October 15, 2015, Plaintiff United States of America filed an Amended Complaint under Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure. Docket Item #7.

Also on October 15, 2015, Plaintiff United States of America filed an opposition to the motion to dismiss or for more definite statement, asserting that, as a result of filing the amended complaint, Defendants' motion to dismiss or for more definite statement should be dismissed as moot. Docket Item #8.

The Court having considered the premises, and for good cause shown, it is hereby determined, adjudged, and decreed that Defendants' motion to dismiss or for more definite statement, at Docket Item #6 is dismissed as moot.

DATE: 10 - 16 , 2015

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE