# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:15-cv-294 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| DENNIS QUEBE, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## DECISION AND ENTRY

Pursuant to the Court's May 15, 2017 Order, Plaintiff submitted two declarations documenting its reasonable fees and expenses caused by Defendants' failure to Comply with the Court's January 23, 2017 Order. (Doc. #s 68, 68-1) Defendants have neither responded to nor opposed Plaintiff's declarations.

Plaintiff seeks an award of attorney fees and expenses in the amount of $8,563.68. In the absence of opposition by Defendants, Plaintiff's declarations establish that it is entitled to an award of attorney fees and expenses in the total amount it seeks.

## IT IS THEREFORE ORDERED THAT:

Defendants shall pay Plaintiff's reasonable attorney fees and expenses in the total amount of $8,563.68.

June 8, 2017

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge