IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:15-cv-00294 |
| Plaintiff, | : | DISTRICT JUDGE THOMAS M. ROSE |
| | : | CHIEF MAGISTRATE JUDGE SHARON L. |
| vs. | : | OVINGTON |
| DENNIS F. QUEBE, et al., | : | |
| | : | ORDER GRANTING SECOND |
| Defendants. | : | EXTENSION OF BRIEFING DEADLINES |

For good cause shown and upon agreement of counsel, Plaintiff United States of America and Defendants Dennis F. Quebe and Linda G. Quebe are granted a second extension of briefing deadlines. The briefing deadlines are amended, as follows:

1. Deadline for Reply to Plaintiff United States of America's Opposition to Defendants' Motion for Summary Judgment on the Issue of Their Entitlement to Credits Under § 41 [DOC. 127]: September 26, 2017 (currently September 19, 2017).

2. Deadline for Reply to Plaintiff United States of America's Response to Defendants' Motion for Summary Judgment on the Issue of Their Entitlement to Deductions Under § 179D [DOC. 128]: September 26, 2017 (currently September 19, 2017).

3. Deadline to Reply to United States' Brief in Opposition to Defendants' Motion to Exclude the Testimony of Dr. Yvan J. Beliveau [DOC. 129]: September 26, 2017 (currently September 19, 2017).

4. Deadline to Respond to Plaintiff United States of America's Motion to Exclude Testimony of R. Nicholson Worley [DOC. 130]: September 25, 2017 (**NO CHANGE**).

5. Deadline to Respond to Defendants' Opposition to Plaintiff's Motion for Summary Judgment Regarding 179D Deduction [DOC. 133]: September 26, 2017 (currently September 19, 2017).

6. Deadline to Respond to Defendants' Memorandum in Opposition to Plaintiff United States of America's Motion for Partial Summary Judgment on the Issue of Defendants' Claim for Tax Credits Provided by 26 U.S.C. § 41 [DOC. 134]: September 26, 2017 (currently September 19, 2017).

7. Deadline for Reply to Defendants' Memorandum in Opposition to Plaintiff United States of America's Motion to Exclude Testimony of R. Nicholson Worley [DOC. 130] October 9, 2017 (**NO CHANGE**).

IT IS SO ORDERED.

*s/Thomas M. Rose*

_____
DISTRICT JUDGE THOMAS M. ROSE