# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:15-cv-294 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| DENNIS F. QUEBE and LINDA G. QUEBE, | : | |
| Defendants. | : | |

### ENTRY AND ORDER DIRECTING PARTIES TO SUBMIT TO CHAMBERS BINDERS CONTAINING HARD COPIES OF MEMORANDA AND EXHIBITS FOR ALL PENDING MOTIONS

Due to the ease of access afforded by the Court's CM/ECF system, the Court's staff is often able to work on pending matters by downloading electronic copies of the parties' filings to their computers. In this case, however, the six motions before the Court amount to hundreds (if not thousands) of pages of memoranda and supporting exhibits, which are extraordinarily difficult to manage from a computer workstation. Therefore, in order to facilitate the efficient consideration of all pending motions, the Court **ORDERS** the parties to submit binders containing hard copies of the following motions, along with their supporting memoranda and exhibits, to Chambers:

1) Plaintiff's Motion for Summary Judgment on the Issue of Defendants' Claim for Tax Credits Under Section 41 of the Internal Revenue Code (Doc. 76);

2) Plaintiff's Motion for Summary Judgment on the Issue of Defendants' Claim for Tax Deductions Under Section 179D of the Internal Revenue Code (Doc. 78);

3) Defendants' Motion for Summary Judgment (Doc. 80);

4) Defendants' Motion to Exclude the Opinions and Testimony of Yvan J. Beliveau (Doc. 83);

5) Defendants' Motion for Partial Summary Judgment – R&D Tax Credit (Doc. 91); and

6) Plaintiff's Motion to Exclude Testimony of R. Nicholson Worley (Doc. 130).

Each binder submitted should contain an index with references to tab dividers separating individual documents. The Court would prefer that the parties cooperate in the creation of one complete set of binders for each pending motion to avoid duplicative submissions. The deadline for submission of the binders to Chambers is January 19, 2018. Any questions concerning the contents or organization of the binders should be directed to the Court's Law Clerk, Peter Snow, at 937-512-1602.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, January 11, 2018.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE