UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 3:15-cv-294 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DENNIS F. QUEBE and LINDA G. QUEBE, ) | |
| ) | |
| Defendants. ) | |

# **JUDGMENT**

By Entry and Order dated January 17, 2019, and Entry and Order dated January 25, 2019, the Court granted the Plaintiff summary judgment in this matter (docs. 146, 147). Accordingly, judgment is hereby entered in favor of Plaintiff, the United States of America, on its Complaint.

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants Dennis F. Quebe and Linda G. Quebe are jointly and severally liable to Plaintiff the United States of America in the amount of $302,696.70 as of February 15, 2019, plus interest running until paid and computed at the underpayment rate established under Sections 6621 and 6622 of Title 26 and Section 1961(c)(1) of Title 28 of the United States Code.

IT IS SO ORDERED.

*s/Thomas M. Rose*

Date: February 19, 2019

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE